UNITED STATES of America, Plaintiff–Appellee

v.

Mariano CABALLERO–CRUZ, Defendant–Appellant.

No. 13–50165 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, David Matthew Cole Peterson, Esq., Trial Attorney, Federal Public Defender's Office, Austin, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Mariano Caballero–Cruz raises an argument that he concedes is foreclosed by *United States v. Villanueva–Diaz,* 634 F.3d 844, 852 (5th Cir.2011), in which we held that speculation that an alien would not have been removed is not sufficient to establish the prejudice required for a collateral attack on removal proceedings. Caballero–Cruz also preserves for possible Supreme Court review a foreclosed challenge to *United States v. Lopez–Ortiz,* 313 F.3d 225, 231 (5th Cir.2002), in which we held that deportation errors involving discretionary relief do not violate due process.

Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.